UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaSHAWN TAYLOR, | ) Case No. CV 09-5496-JSL(RC) |
| Petitioner, | ) |
| vs. | ) |
| FRANCISCO JACQUEZ, | ) JUDGMENT |
| Respondent. | ) |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

DATE: 8/10/09

*Spencer Letts*
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-5496.mdo
7/29/09